IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-01409-CMA-CBS

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 1-10,

    Defendants.

---

**ORDER REASSIGNING MAGISTRATE JUDGE**

---

This matter is before the Court *sua sponte*. In light of the assignment of related cases to district judges, with the approval of Chief Judge Wiley Y. Daniel, it is hereby

ORDERED that the Clerk of the Court shall reassign this case from Magistrate Judge Craig B. Shaffer to **Magistrate Judge Michael E. Hegarty**. All further filings in this action shall be docketed under Civil Action No. 12-cv-01409-CMA-MEH.

DATED: June  01 , 2012

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge