IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01409-CMA-MEH

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 1-10,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 3, 2012.**

    Plaintiff's First Motion for Extension of Time Within Which it Has to Effectuate Service on Doe Defendants [filed July 2, 2012; docket #13] is **granted in part and denied in part**.  Mindful of the July 23, 2012 deadline by which the Plaintiff anticipates obtaining information necessary to serve the Doe Defendants, Plaintiff shall serve the summons and complaint upon the Defendants in this case on or before August 6, 2012.