## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01409-CMA-MEH

PATRICK COLLINS, INC.,

      Plaintiff,

v.

JOHN DOES 1-10,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE 6 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 6 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 6 was assigned the IP Address 71.229.171.126. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 6 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: July 25, 2012

                              Respectfully submitted,

                              By: ___/s/ *Jason A. Kotzker*_____
                              Jason A. Kotzker
                              Jason@klgip.com
                              KOTZKER LAW GROUP
                              9609 S. University Blvd. #632134
                              Highlands Ranch, CO  80163
                              Phone: 303-875-5386
                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   /s/ Jason A. Kotzker